441 A.2d 452

Commonwealth v. Foulds, Appellant.

Petition for Allowance of Appeal Denied May 3, 1982.

Argued April 6, 1981. Robert P. Petyak, for appellant; R. Michael Kaar, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.